State, Respondent, v. Stockwell, Petitioner, No. 92934-3. Petition for review of a decision of the Court of Appeals, No. 47289-9-II, February 29, 2016. *Denied* December 7, 2016.

State, Respondent, v. Morrison, Petitioner, No. 93417-7. Petition for review of a decision of the Court of Appeals, No. 46569-8-II, January 22, 2016. *Denied* December 7, 2016.

*State, Respondent, v. Weyand, Petitioner*, No. 93377-4. Petition for review of a decision of the Court of Appeals, No. 31868-1-III, June 7, 2016, 194 Wn. App. 1024. *Granted* December 8, 2016.

*Chelan Basin Conservancy, Petitioner, v. GBI Holding Co., Respondent*, No. 93381-2. Petition for review of a decision of the Court of Appeals, Nos. 33196-2-III and 33239-0-III, June 14, 2016, 194 Wn. App. 478. *Granted* December 8, 2016.

*State, Respondent, v. Music, Petitioner*, No. 93209-3. Petition for review of a decision of the Court of Appeals, No. 33285-3-III, April 28, 2016, 193 Wn. App. 1039. *Denied* December 8, 2016.